UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR157 (PCD) |
| OMAIRA HINCAPIE | : | June 7, 2006 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        CHRISTINE SCIARRINO
        ASSISTANT UNITED STATES ATTORNEY
        157 CHURCH STREET, 23RD FLOOR
        NEW HAVEN, CONNECTICUT 06510
        TELEPHONE (203) 821-3700
        FAX: (203) 773-5392
        EMAIL: Christine.Sciarrino@usdoj.gov
        FEDERAL BAR NO: CT03393

## CERTIFICATION

This is to certify that as of this 7th day of June 2006, undersigned counsel does not know the whereabouts of the Defendant.

_____
CHRISTINE SCIARRINO